IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARNELL L. KENO,

    Plaintiff,

v.                                      CASE NO.4:05cv51-RH/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This matter is before the court on the Magistrate Judge's Report and Recommendation (document 5), and the objections thereto (document 9). I have reviewed de novo the issues raised by the objections. I adopt the Report and Recommendation as the opinion of the court, with this additional note.

    Providing a drug to an inmate without his or her informed consent might, at some point, implicate constitutional principles over and above those addressed in *Estelle v. Gamble*, 429 U.S. 97, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976), which dealt with deliberate indifference to serious medical needs. The case at bar, however, deals with the provision of drugs as a treatment for medical needs and is squarely

within the scope of *Gamble*. No facts have been alleged suggesting that plaintiff was provided any drug other than in an effort to treat his medical condition. And plaintiff's allegations come nowhere near the level required to establish deliberate indifference to a serious medical need, as opposed to simply negligence. Plaintiff's federal claims thus properly should be dismissed.

As a matter of discretion, I decline to exercise supplemental jurisdiction over any state law claims.

For these reasons,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk shall enter judgment accordingly, shall enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

SO ORDERED this 8th day of May, 2005.

                                           s/Robert L. Hinkle
                                           Chief United States District Judge